UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUANTLAB FINANCIAL, LLC, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-09-cv-2444 |
| JINGPU SHI, | § § § § | |
| Defendant. | § § § | |

## ORDER

Pursuant to Plaintiff's Notice of Dismissal (10), Plaintiffs' claims are hereby

DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the ___8 th___ day of September, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.